**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alan K. Lux <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-18116 elf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                  Respectfully submitted,

                 **/s/ Kevin G. McDonald, Esquire**
                 Kevin G. McDonald, Esquire
                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322 FAX (215) 627-7734