# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-18116-ELF

ALAN K LUX

926 MARCELLA STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ALAN K LUX

926 MARCELLA STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Date: 6/8/2018

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee