# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **ALAN K. LUX**                                                                 Case No.   **17-18116/elf**
                                    Debtor(s)                                           Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018 a copy of the Proof of Claim of Bradly E. Allen was served electronically or by regular United States mail to all interested parties listed below.

Alan Lux
926 Marcella St.
Philadelphia, PA 19124

Electronic mail to:

William C. Miller, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**