## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **ALAN K. LUX**                                            Case No.  **17-18116/elf**

Debtor(s)                                                Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018 a copy of Amended Schedule D was served electronically or by regular United States mail to the parties listed below:

Palisades Collection
c/o Michael F. Ratchford, Esquire
409 Lackawanna Ave,, Ste. 3C
Scranton, PA  18503-2059

Alan Lux
926 Marcella St.
Philadelphia, PA 19124

Electronic mail to:

William C. Miller, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**