# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **ALAN K. LUX**                                                                         Case No.  **17-18116/elf**

                                          Debtor(s)                                             Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018 a copy of the Notice of Application for Compensation of Attorney's Fees was served electronically or by regular United States mail to the parties listed below:

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

City of Philadelphia
Law Dept. Tax Unit
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102

Alan Lux
926 Marcella St.
Philadelphia, PA 19124

Electronic mail to:

Kevin McDonald, Esquire
on behalf of PA Housing

William C. Miller, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**