**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

Alan L. Lux : NO. 17-18116//elf

:

**ORDER APPROVING COUNSEL FEES**
**AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 6th day of Sept., 2018 it is hereby ORDERED, that Bradly E. Allen, Esquire is approved compensation in the amount of $2,690.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,000.00 of which $1,690.00 of attorney's fees and $310.00 filing fees was paid by Debtor pre-petition. The balance of attorney's fees of $1,000.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**