United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18116-elf
Alan K. Lux                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW       Page 1 of 1        Date Rcvd: Sep 06, 2018
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db          +Alan K. Lux,   926 Marcella Street,   Philadelphia, PA 19124-1735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
     BRADLY E ALLEN    on behalf of Debtor Alan K. Lux bealaw@verizon.net
     KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Alan L. Lux : NO. 17-18116//elf

:

ORDER APPROVING COUNSEL FEES
AND REIMBURSEMENT OF EXPENSES

AND NOW, this 6th day of Sept., 2018 it is hereby ORDERED, that Bradly E. Allen, Esquire is approved compensation in the amount of $2,690.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,000.00 of which $1,690.00 of attorney's fees and $310.00 filing fees was paid by Debtor pre-petition. The balance of attorney's fees of $1,000.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**