**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :          CHAPTER  13

    Alan K. Lux                        : No 17-18116/elf

**PRAECIPE TO  WITHDRAW
MOTION FOR RECONSIDERATION OF ORDER FOR RELIEF OF
PENNSYLVANIA HOUSING FINANCE AGENCY**

TO THE CLERK:

    Kindly withdraw the Motion for Reconsideration of Order for Relief and to

Reinstate Automatic Stay and cancel the hearing scheduled for July 30, 2019.

                             /s/BRADLY E. ALLEN
                             BRADLY E. ALLEN,
                             Attorney for Debtor