# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **ALAN K. LUX**                                                                    Case No.  **17-18116/elf**

                              Debtor(s)                                                   Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019 a copy of the Praecipe to Withdraw Motion for Reconsideration of Order for Relief was served electronically or by regular United States mail to the parties listed below:

Alan Lux
926 Marcella St.
Philadelphia, PA 19124

Electronic mail to:

Kevin McDonald, Esquire
on behalf of PA Housing Finance Agency

Leon P. Haller
on behalf of PA Housing Finance Agency

William C. Miller, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**
**Bradly E. Allen, Esquire 35053**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**