United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 17-18116-elf
Alan K. Lux                                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: Antoinett              Page 1 of 2              Date Rcvd: Jul 31, 2019
                                  Form ID: pdf900              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db              +Alan K. Lux,    926 Marcella Street,    Philadelphia, PA 19124-1735
14126778        +Bradly E. Allen, Esquire,    7711 Castor Avenue,    Philadelphia, PA 19152-3601
14022698        +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
14022703        +PGW,    PO Box 3500,    Philadelphia, PA 19122-0500
14022700        +Palisades Collection, LLC,    c/o Mitchell F. Ratchford, Esquire,    409 Lackawanna Ave., Ste. 3C,
                  Scranton, PA 18503-2059
14031346        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:42    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:27:11
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2019 03:27:38    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 03:32:02    LVNV Funding LLC,
                  c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 03:31:17    Orion (VERIZON),
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14110437         E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:42    City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
14022697        +E-mail/Text: bankruptcy@sccompanies.com Aug 01 2019 03:28:06    Ginny's Inc.,
                  1112 7th Avenue,    P.O. Box 2816,    Monroe, WI 53566-8016
14053376         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 03:32:03
                  LVNV Funding, LLC its successors and assigns as,    assignee of FFPM Carmel Holdings I, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14053671         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2019 03:32:03
                  LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                  LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14022699        +E-mail/Text: bankruptcy@sccompanies.com Aug 01 2019 03:28:06    Montgomery Ward,
                  1112 7th Avenue,    Monroe, WI 53566-1364
14102745        +E-mail/Text: blegal@phfa.org Aug 01 2019 03:27:28    PENNSYLVANIA HOUSING FINANCE AGENCY,
                  211 North Front Street,    Harrisburg, PA 17101-1406
14023873        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 03:31:54
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14022701        +E-mail/Text: ebn@vativrecovery.com Aug 01 2019 03:27:01    Palisades Collection, LLC/Verizon,
                  210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
14022702        +E-mail/Text: blegal@phfa.org Aug 01 2019 03:27:28    Pennsylvania Housing Finance Agency,
                  211 North Front Street,    PO Box 15057,    Harrisburg, PA 17105-5057
14022704        +E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:42    Philadelphia Gas Works,
                  c/o City of Philadelphia,    Law Department,    1515 Arch Street,    Philadelphia, PA 19102-1504
                                                                                               TOTAL: 15
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Jul 31, 2019
                              Form ID: pdf900          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Alan K. Lux bealaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**  ALAN K LUX | Chapter 13 |
| Debtor | Bankruptcy No. 17-18116-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: July 31, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
ALAN K LUX

926 MARCELLA  STREET

PHILADELPHIA, PA 19124